UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOHN TAYANITA NORRIS, | Case No. 2:19-cv-06358-MWF (GJS) |
|---|---|
| Petitioner | |
| v. | **JUDGMENT** |
| RALPH DIAZ, Secretary, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: September 17, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE